

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GREG LEE DUGAS,**

    Plaintiff,

v.                                 Civil Action No. **3:08CV072**

**HANOVER COUNTY CIRCUIT COURT, et al.,**

    Defendants.

**MEMORANDUM OPINION**

On January 22, 2008, the Court received from Dugas, an incarcerated inmate proceeding pro se, a "Motion for Leave of Court to File Untimely Notice of Removal, or Alternatively, to File the Action as a General Civil Rights Complaint Seeking Equitable Relief Under 28 U.S.C. § 1343."[1] Dugas sought to remove to this Court three pending criminal prosecutions from two Virginia courts. In the alternative, Dugas sought to enjoin the pending prosecutions pursuant to 42 U.S.C. §§ 1983, 1985(3), and for various other forms of injunctive relief relating to his claims of illegal conduct by various government agencies committed in the course of investigating and prosecuting Dugas. By Memorandum Opinion and Order dated September 5, 2008, the Court dismissed the action. On January 13, 2009, the United States Court of Appeals for the Fourth Circuit dismissed Dugas's appeal for failure to prosecute.

---

[1] Any capitalization errors in Dugas's submissions are corrected.

On February 2, 2010, the Court received from Dugas a "Motion to Vacate Final Judgment and Order for Fraud upon the Court and to Enter a New Judgment Nunc Pro Tunc." Dugas claims that the Court's reasoning in the September 5, 2008 Memorandum Opinion shows that his "properly filed amendments were intentionally concealed by either the magistrate or clerk from the Court's adjudicative function and were not conveyed to the adjudicating district judge to be taken up in his task of deciding the case."[2] (Motion to Vacate 2.) According to Dugas, the Court therefore failed to consider the merits of his claims pursuant to 42 U.S.C. §§ 1983 and 1985, leading the Court to wrongfully dismiss his claims. Dugas seeks relief from judgment for this alleged fraud on the Court pursuant to Rules 60(b)(3) and 60(b)(6) of the Federal Rules of Civil Procedure.

Contrary to Dugas's contentions, the filing in question - to which he refers by docket number - were not concealed. They were properly filed by the Clerk and available to the undersigned District Judge at the time the September 5, 2008 Order of dismissal issued. Moreover, the Court clearly considered and rejected the merits of Petitioner's claims pursuant to 42 U.S.C. §§ 1983 and

---

[2] Dugas refers to the filing entitled "Plaintiff's Compliance to Court's Memorandum and Order Dated February 5, 2008." In this filing, which purports to be a response to the Court's directive to "submit his statement . . . that [i]dentifies the nature of the action," (Feb. 5, 2008 Order ¶ 2), Dugas specifies that he seeks to proceed only under 28 U.S.C. §§ 1983, 1985 (Plaintiff's Compliance 1).

1985, finding that Dugas had no constitutional right to obtain the relief he sought. (September 5, 2008 Mem. Op. 8-11.) Plaintiff's motion to vacate (Docket No. 23) is DENIED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: March 5, 2010
Richmond, Virginia

3